**Order entered December 8, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-01489-CR
No. 05-15-01490-CR
No. 05-15-01491-CR

**EX PARTE JOO LEE**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. WX15-90043-H, WX15-90044-H, WX15-90045-H**

## ORDER

The Court has received appellant's notice of appeal from the trial court's order denying his pretrial application for writ of habeas corpus raising double jeopardy in these cases. These are accelerated criminal appeals. *See* TEX. R. APP. P. 31.

We **ORDER** the trial court to prepare and file with the Dallas County District Clerk, within **TEN DAYS** of the date of this order, certifications of appellant's right to appeal. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

We **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, the clerk's records containing all of the documents related to appellant's application for writ of habeas corpus.

We **ORDER** appellant to file his brief by **JANUARY 15, 2016**. We **ORDER** the State to file its brief by **FEBRUARY 1, 2016**. In their briefs, the parties are directed to address this

Court's jurisdiction over the appeals. *See Hargett v. State*, 819 S.W.2d 866 (Tex. Crim. App. 1991) (no appellate jurisdiction where trial court does not rule on merits of application); *Ex parte Bowers*, 36 S.W.3d 926 (Tex. App.—Dallas 2001, pet. ref'd). If any party does not file its brief, the appeal will be submitted without that party's brief. *See* TEX. R. APP. P. 31.1.

The Court will set the appeal for submission after it has received the record and the parties' briefs, or the time for briefing has passed.

/s/    ADA BROWN
JUSTICE